CITY OF BRIDGEPORT *v.* RONA V. FINIZIE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 15371) is denied.

*Rona V. Finizie*, pro se, in support of the petition.

Decided May 2, 1996

DAN A. WILLOCKS *v.* ARTHUR O. KLEIN

*Arthur O. Klein*, pro se, in support of the petition.

Decided May 2, 1996

DAVID BOURQUIN, ADMINISTRATOR (ESTATE OF GAYLE BOURQUIN) *v.* B. BRAUN MELSUNGEN ET AL.

The petition of the defendant St. Francis Hospital and Medical Center for certification for appeal from the Appellate Court, 40 Conn. App. 302 (AC 13003), is denied.

*Eugene A. Cooney*, in support of the petition.

*Steven J. DeFrank*, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 515 (AC 13452), is denied.